DAVID CHIU, State Bar #189542
City Attorney
JENNIFER CHOI, State Bar #184058
Chief Trial Deputy
ALISTAIR D. BLACKLOCK, State Bar #339105
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3888
Facsimile:     (415) 554-3837
E-Mail:         Alistair.Blacklock@sfcityatty.org


Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SPENCER an individual,<br><br>         Plaintiff,<br><br>         vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; MITCHELL ENGINEERING, a California corporation; and DOE DEFENDANTS 1-50,<br><br>         Defendants. | Case No. 25-cv-08691-LJC<br><br>**NOTICE OF SETTLEMENT; STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND STAY PENDING DEADLINES; DECLARATION OF ALISTAIR BLACKLOCK;  ORDER**<br><br>**[N.D. CAL. CIVIL L.R. 6-2(a)]**<br><br>Trial Date:          Not Set. |

Notice of Settlement; Stipulated Request to Continue          1
Case No.:  25-cv-08691-LJC

4898-8727-3099, v. 1

**TO THE COURT AND ALL PARTIES IN THIS ACTION:**

**PLEASE TAKE NOTICE** that a settlement has been reached in this matter between Plaintiff John Spencer ("Plaintiff") and Defendant City and County of San Francisco (the "City"), pending approval of all appropriate governing bodies, including the City's Department of Public Works. Following the approval of these governing bodies, the parties have agreed that Plaintiff will submit a notice of dismissal of Plaintiff's claims against the City with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Per Northern District Civil Local Rule 6-2, the parties hereby request that the Court continue the Initial Case Management Conference and all corresponding dates and deadlines from April 9, 2026 to July 9, 2026. The parties further stipulate and request that the Court stay all litigation deadlines between Plaintiff and the City, including the deadline for the City to respond to Plaintiff's Complaint.

Plaintiffs and the City offer the following information in compliance with Local Rule 6-2(a):

**Reason for Requested Continuance and Stay.** This continuance and stay are sought to provide time for the City to obtain necessary approvals and for Plaintiff to file the notice of dismissal of his claims against the City with prejudice.

**Previous Time Modifications.** On January 6, 2026, the Court issued a notice continuing the Initial Case Management Conference from January 8, 2026 to February 12, 2026. On January 28, 2026, parties stipulated pursuant to Local Rule 6-1(a) to extend the City's time to respond to Plaintiff's Complaint by one week, extending the City's deadline from February 2, 2026 to February 9, 2026. On February 5, 2026, the parties again stipulated to extend the City's deadline to respond to Plaintiff's Complaint by thirty days, extending the City's deadline to March 11, 2026. On February 6, 2026, the Court issued a notice continuing the Initial Case Management Conference from February 12, 2026 to April 9, 2026 at 1:30 pm via Zoom webinar.

**Effect on case schedule.** The proposed change would move the Initial Case Management Conference and corresponding dates and deadlines from April 9, 2026 to July 9, 2026. It would also stay the deadline for the City to respond to Plaintiff's Complaint.

In light of the settlement between Plaintiff and the City and for the foregoing reasons, the parties respectfully request the Court continue the Initial Case Management Conference (and its associated deadlines) from April 9, 2026 to July 9, 2026.

Dated:  March 6, 2026

DAVID CHIU
City Attorney
JENNIFER CHOI
Chief Trial Deputy
ALISTAIR D. BLACKLOCK
Deputy City Attorney


By: */s/ Alistair D. Blacklock*
ALISTAIR D. BLACKLOCK

Attorneys for Defendant(s)
CITY AND COUNTY OF SAN FRANCISCO


Dated:  March 6, 2026                    AUSTIN SWANSON LAW FIRM PC


By:  */s/ Julien Swanson*
JULIEN SWANSON, **
Attorneys for Plaintiff
JOHN SPENCER

***Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory*

Notice of Settlement; Stipulated Request to Continue          3
Case No.:  25-cv-08691-LJC

4898-8727-3099, v. 1

# DECLARATION OF ALISTAIR BLACKLOCK

I, Alistair Blacklock, declare as follows:

1.      I am a Deputy City Attorney in the Office of the San Francisco City Attorney, counsel of record in the above action.  I have personal knowledge of the contents of this declaration, except where indicated otherwise, and I could and would testify competently thereto if called upon to do so.

2.      On March 2, 2026, Defendant City and County of San Francisco (the "City") and Plaintiff John Spencer ("Plaintiff") reached an agreement in principle to settle and resolve Plaintiff's claims against the City in this dispute, subject to the City's departmental approvals.  In light of their settlement and to enable the City to obtain departmental approvals, Plaintiff and the City seek to continue the Initial Case Management Conference set for April 9, 2026 to July 9, 2026 (including associated deadlines), and to stay the deadline for the City to respond to Plaintiff's Complaint.

3.      There have been previous time modifications in this case.  On January 6, 2026, the Court issued a notice continuing the Initial Case Management Conference from January 8, 2026 to February 12, 2026.  On January 28, 2026, parties stipulated pursuant to Local Rule 6-1(a) to extend the City's time to respond to Plaintiff's Complaint by one week, extending the City's deadline from February 2, 2026 to February 9, 2026.  On February 5, 2026, the parties again stipulated to extend the City's deadline to respond to Plaintiff's Complaint by thirty days, extending the City's deadline to March 11, 2026.  On February 6, 2026, the Court issued a notice continuing the Initial Case Management Conference from February 12, 2026 to April 9, 2026 at 1:30 pm via Zoom webinar.

4.      The proposed change would move the Initial Case Management Conference and corresponding dates and deadlines from April 9, 2026 to July 9, 2026.  It would also stay the deadline for the City to respond to Plaintiff's Complaint.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 6, 2026.

_/s/ Alistair Blacklock_
ALISTAIR BLACKLOCK

Notice of Settlement; Stipulated Request to Continue          4
Case No.:  25-cv-08691-LJC

4898-8727-3099, v. 1

**ORDER**

Having considered the parties' STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND STAY PENDING DEADLINES made pursuant to Northern District Local Rule 6-2, and good cause appearing, the Court ORDERS as follows:

The Initial Case Management Conference set for April 9, 2026 at 1:30 p.m. is continued to July 9, 2026 at 1:30 p.m.

All deadlines associated with the Initial Case Management Conference are continued per the terms of Dkt. No. 3 and Civil Local Rule 16-9.

All other deadlines between Plaintiff and the City, including the deadline for the City to respond to Plaintiff's Complaint, are stayed pending entry of Plaintiff's notice of dismissal of Plaintiff's claims against the City.

IT IS SO ORDERED.

Dated: March 9, 2026

_____
HONORABLE LISA J. CISNEROS
United States Magistrate Judge

Notice of Settlement; Stipulated Request to Continue          5
Case No.:  25-cv-08691-LJC

4898-8727-3099, v. 1